UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MICHAEL SARGENT, individually and on behalf of all those similarly situated,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| vs. ) ) | **CAUSE NO. 1:08-cv-1464-WTL-JMS** |
| **ST. VINCENT HOSPITAL AND HEALTH CARE CENTER, INC.,** ) ) ) ) | |
| **Defendant.** ) | |

## ENTRY GRANTING MOTION FOR CLASS CERTIFICATION

This cause is before the Court on the Plaintiff's motion for class certification, which the Defendant does not oppose. The Court, being duly advised, agrees with the Plaintiff that the requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(3) are satisfied in this case and class certification therefore is appropriate. The parties have agreed upon an amended class definition that eliminates the concerns the Court had regarding the class definition that was originally proposed. Accordingly, the motion for class certification is **GRANTED,** and the following class is hereby certified:

> All natural persons sued in the name of The Out Source Group, Inc., on a consumer debt owned by St. Vincent Hospital & Health Care Center, Inc., whose suit was filed within one (1) year prior to October 27, 2008, and was dismissed by the state court.

The parties shall confer and submit a joint proposed class notice for approval by the Court **within 21 days of the date of this Entry**.

In light of the parties' agreement on an amended class definition, the status conference scheduled for August 18, 2009, before the undersigned is **VACATED**. Instead, a status

conference is hereby set before Magistrate Judge Jane Magnus-Stinson on **August 31, 2009, at 11:00 a.m.,** in Room 361, Birch Bayh Federal Building and United States District Courthouse, 46 East Ohio Street, Indianapolis, Indiana, to (1) establish a schedule for and resolve any issues regarding the mechanics of sending notice to the class in this case; and (2) determine whether it is necessary to review the case management schedule in this case and, if so, to establish a new schedule.

    SO ORDERED:    08/05/2009

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

Angela M. Smith
HALL RENDER KILLIAN HEATH & LYMAN
asmith@hallrender.com

N. Kent Smith
HALL RENDER KILLIAN HEATH & LYMAN
ksmith@hallrender.com

Robert E. Stochel
HOFFMAN & STOCHEL
res@reslaw.org

Glenn S. Vician
BOWMAN, HEINTZ, BOSCIA & VICIAN
glennsvician2@bhbvonline.com

Court Reporter